1  Ray K. Shahani, Esq., State Bar No. 160,814
Attorney at Law
2  Twin Oaks Office Plaza
477 Ninth Avenue, Suite 112
3  San Mateo, California 94402-1854
Telephone:    (650) 348-1444
4  Facsimile:    (650) 348-8655
Email:        rks@attycubed.com
5
Attorney for Plaintiff
6  NATALI, INC.

7

8                    UNITED STATES DISTRICT COURT

9        NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

10

NATALI, INC, a California corporation,        |   Case No:        3:15-cv-3589
11                                            |
          Plaintiff,                          |   Honorable CHARLES R. BREYER
12                                            |
       vs.                                    |
13                                            |
SHANNON DAWN HOWARD, an                       |   ORDER ON MOTION ON CONSENT TO
14  Individual, SHANE HOWARD, an              |   EXTEND TIME
Individual, SEAN BOYLE, an Individual,        |
15  MATTHEW DONHAM, an Individual, and        |
DOES 1-10,                                    |
16                                            |
          Defendants.                         |
17                                            |
_____ |

18

19                MOTION ON CONSENT TO EXTEND DEADLINE

20            Plaintiff NATAL, INC., by and through its counsel, hereby moves for an order

21  extending time for 30 days, or until  February 19, 2016   to file a Motion for Default Judgment

22  against SHANNON DAWN HOWARD, SHANE HOWARD and SEAN BOYLE

23  ("Defendants"). The reason for this extension is that more time is needed for Plaintiff to consult

24  with its attorney, prepare said Motion and pursue ongoing settlement negotiations with

25  Defendants.

26

27
///
28

Order on Motion on Consent to Extend Deadline                            Page 1 of 2
Natali, Inc v. Howard, Howard, Boyle and Donham et al.          Case No.: 3:15-cv-3589

1

**ORDER**

2          IT IS HEREBY ORDERED the motion is GRANTED. Plaintiff NATALI, INC. shall

3   have until February 19, 2016 to file a Motion for Default Judgment against SHANNON DAWN

4   HOWARD, SHANE HOWARD and SEAN BOYLE ("Defendants").

5          IT IS SO ORDERED.

6

7

8

9   Dated:    Jan. 13, 2016                                              _____

10                                                                        United States District Judge
                                                                         Hon. CHARLES R. BREYER
11

12
    ///
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28