Ray K. Shahani, Esq., State Bar No. 160,814
Attorney at Law
rks@attycubed.com
Oyster Point Marina Plaza
400 Oyster Point Blvd., Suite 518
South San Francisco, California 94080
Telephone:     (650) 348-1444
Facsimile:      (650) 348-8655

Attorney for Plaintiff
NATALI, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| NATALI, INC, a California corporation, | Case No:     3:15-cv-3589 CRB |
| Plaintiff, | Honorable CHARLES R. BREYER |
| vs. | ORDER |
| SHANNON DAWN HOWARD, an Individual, SHANE HOWARD, an Individual, SEAN BOYLE, an Individual, MATTHEW DONHAM, an Individual, and DOES 1-10, | Hearing Date: March 25, 2016<br>Time:            10:00 a.m.<br><br>[Proposed] New Hearing Date: April 8, 2016 |
| Defendants. | |

WHEREAS Plaintiff Natali, Inc. ("Natali" or "Plaintiff") filed its *Ex Parte* Application for Order Continuing Hearing on Motion For Entry of Default Judgment ("*Ex Parte* Application") against Defendants Shannon Dawn Howard, Shane Howard and Sean Boyle ("Defendants");

The Court, having read and considered the pleadings, declarations and exhibits on file in this matter and having reviewed such evidence as was presented in support of Plaintiff's *Ex Parte* Application, including the Declaration of Ray K. Shahani, and finding good cause, hereby grants

///

Natali, Inc v. Howard, Howard, Boyle and Donham et al.     - 1 -
[Proposed] Order

1 Plaintiff's *Ex Parte* Application and continues the hearing in Plaintiff's pending Motion for
2 Default Judgment as against all Defendants to April 8, 2016.
3
4 IT IS SO ORDERED:
5
6 DATED:  March 9, 2016                                   _____
                                                          Hon. Charles R. Breyer
7                                                         Judge, United States District Court for the
                                                          Northern District of California
8
9 PRESENTED BY:
10 Ray K. Shahani,
Attorney at Law
11
By:  /s/ Ray K. Shahani
12        Ray K. Shahani
Attorney for Plaintiff Natali, Inc.
13