**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATALI, INC, a California corporation, | No. C 15-3589 CRB |
| Plaintiffs, | **ORDER DIRECTING SUPPLEMENTAL FILING** |
| v. | |
| SHANNON DAWN HOWARD, an Individual, SHANE HOWARD, an Individual, SEAN BOYLE, an Individual, MATTHEW DONHAM, an Individual, and DOES 1–10, | |
| Defendants. / | |

Plaintiff Natali, Inc. has filed a Motion for Entry of Default Judgment, which is currently calendared for April 8, 2016 at 10:00 A.M. In its motion, Plaintiff asserts that it is entitled to statutory damages of up to $2,000,000 but, without much discussion, asks the Court to award it damages of $47,500. See Motion (dkt. 26) at 16–19. The Court directs Plaintiff to file a supplemental submission within one week of this Order providing the Court with the basis of its $47,500 request.

**IT IS SO ORDERED.**

Dated: March 22, 2016

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE